ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARINA VASILYEVNA RYABOVA,

v.

Plaintiff

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, et al.

Defendants.

CASE NO. 2:26-CV-00333- DAD-CKD

JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER
FOR FIRST EXTENSION OF TIME

Defendants respectfully request an extension of time to respond to the Complaint; Plaintiff jointly stipulates to this request. On February 6, 2026, Marina Ryabova filed a complaint seeking relief under the Administrative Procedures Act and Mandamus Act relating to her filing of a 1-485 Application for Application to Register Permenant Residence or Adjust Status.  The U.S. Attorney for the Eastern District of California was served on February 9, 2026.  USCIS has requested the scheduling of Plaintiff's interview associated with the filing of her Application.  In the interest of allowing the process to advance, the parties stipulate to extend all dates for approximately sixty days through and including June 10, 2026.  The new date for Defendants to file an answer or other dispositive pleading is June 10, 2026.

The parties further request that all other filing deadlines be similarly extended for approximately sixty days.

///

1

DATED   March 25, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By:   */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States


By:   */s/ Marina Ryabova (as authorized on March 23, 2026)*
MARINA RYABOVA

[PROPOSED] ORDER

It is so ordered. The new deadline for Defendants to file an answer or other dispositive pleading is June 10, 2026.

Dated:  March 26, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 ryab26cv0333.stip.eot